Jose MENCHACA, Plaintiff–Appellant,

v.

John E. POTTER, Postmaster General, Defendant–Appellee.

No. 05–50123.
Summary Calendar.

United States Court of Appeals, Fifth Circuit.

Decided July 27, 2005.

Jose Menchaca, San Antonio, TX, for Plaintiff–Appellant.

Susan B. Biggs, U.S. Attorney's Office, San Antonio, TX, for Defendant–Appellee.

Before GARZA, DeMOSS, and CLEMENT, Circuit Judges.

PER CURIAM: *

AFFIRMED. See 5TH CIR. R. 47.6.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.